Hazelle Belle Zietz, Appellant, v. Frank K. Kramer, as Administrator with will annexed of the Estate of Bodo R. Zietz, deceased, *et al.,* Appellees.

Appeal dismissed on motion of counsel for the respective parties.

*Austin L. Richardson,* for Appellant.

*E. B. Ellis,* for Appellee.